418

395 A.2d 974

Commonwealth v. Sheaffer, Appellant.

Argued September 11, 1978. William H. Naugle, for appellant; J. Michael Eakin, Assistant District Attorney, with him Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.

395 A.2d 974

Commonwealth, Appellant, v. Thomas.

G. Barthold, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellant; John W. Packel, Assistant Public Defender, with him Benjamin Lerner, Public Defender, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Orders affirmed.